IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACOB JAMES TOWNSEND                                                                    PLAINTIFF

vs.                                          Civil No. 12-CV-4072

SHERIFF JAMES SINGLETON;
JOHNNY GOODBOLT; SGT. VERONICA
MAULDIN; OFFICER PIERRE SUMMERVILLE;
OFFICER SIMEON AIMES; and LT. KEVIN
MELLSON                                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 3, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant recommends that Plaintiff's official capacity claims against all Defendants and his individual capacity claims against Separate Defendants Sheriff Singleton, Captain Goodbolt, and Sergeant Mauldin be DISMISSED without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(I-iii) and 1915A(a). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)©. Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Court finds that Plaintiff's official capacity claims against all Defendants and Plaintiff's individual capacity claims against Separate Defendants Sheriff Singleton, Captain Goodbolt, and Sergeant Mauldin should be and hereby are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of February, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge