IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACOB JAMES TOWNSEND                                                                              PLAINTIFF

v.                                    Civil No. 4:12-cv-04072

OFFICER PIERRE
SUMMERVILLE; OFFICER SIMEON AMES;
and LT. KEVIN MELLSON                                                                            DEFENDANTS

## JUDGMENT

Plaintiff Jacob Townsend filed this case *pro se* pursuant to 42 U.S.C. § 1983 on July 5, 2012. ECF No. 1. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 41.

Pursuant to this authority, the Court held a bench trial on April 7, 2015. By Memorandum Opinion of even date I issued my findings of fact and conclusions of law in this matter. In accordance with these findings and conclusions, the undersigned dismissed Plaintiff's claims against Defendant Kevin Melson with prejudice and ordered judgement entered against Defendants Summerville and Ames in their individual capacity.

Nominal damages in the amount of $1 shall be awarded in favor of Plaintiff against Defendant Summerville and $1 in nominal damages in favor of Plaintiff against Defendant Ames; and Defendants Summerville and Ames shall be required to pay the district court filing fee of $350 that has been assessed against Plaintiff. **Defendants Summerville and Ames shall pay the $350 filing fee directly to the Clerk of the Court and the Clerk shall then refund to Plaintiff any**

1

**portion of the fee he previously paid pursuant to the PLRA.** Defendants Summerville and Ames shall be held jointly and severally liable for the nominal damage awards and $350 fee.

Finally, $5,000 in punitive damages shall be awarded in favor of Plaintiff against Defendant Ames in his individual capacity.

Accordingly, the undersigned now issues this Judgment. Plaintiff's claims against Defendant Kevin Melson shall be **DISMISSED** with prejudice and judgment shall be entered in Plaintiff's favor against Defendants Pierre Summerville and Simeon Ames in accordance with the Memorandum Opinion.

**IT IS SO ORDERED this 3rd day of September 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE